IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD EUGENE ROBINSON, SR., | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-0092 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

Texas state inmate Ronald Eugene Robinson, Sr., (TDCJ #1456669) has filed a petition under 28 U.S.C. § 2254, seeking a federal writ of habeas corpus to challenge a state felony conviction for capital murder. The respondent has been served and a dispositive motion is due March 19, 2018.

Robinson now seeks an order in the form of a writ of mandamus to compel the Harris County Clerk's Office to respond to his requests for information and records related to his criminal proceedings in the trial court. Robinson's request for a federal writ of mandamus is governed by 28 U.S.C. § 1361. This statute provides that district courts shall have "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Robinson is not entitled to a writ of mandamus because the Harris County Clerk is a state official, and not an officer or employee of the United States. This Court has no power to issue federal writs of mandamus to direct state

officials in the performance of their duties. *See Moye v. Clerk, DeKalb County Superior Court*, 474 F.2d 1275, 1275–76 (5th Cir. 1973). Robinson's petition for a writ of mandamus, (Docket Entry No. 9), is **DENIED**.

Robinson also requests a second extension of 30 days, in which to supplement his petition with exhibits and a memorandum of law. The motion for an extension of time, (Docket Entry No. 10), is **GRANTED**. Robinson will file any supplemental pleadings within 30 days of the date of this Order.

SIGNED at Houston, Texas, on MAR 0 5 2018.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

2