**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RONALD EUGENE ROBINSON, SR., | § | |
| (TDCJ #1456669) | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-0092 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order of even date, this case

is **DISMISSED** with prejudice as time-barred.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on _____**JAN 3 0 2019**_____.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE